THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Lee Pye, Petitioner,
 v.
 Mary B. Holmes,
 Charleston County Magistrate, and Charleston County, Respondents.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF
 APPEALS

Appeal from Charleston County
Deadra L. Jefferson, Circuit Court Judge
Memorandum Opinion No.  2010-MO-009
Heard January 21, 2010  Filed April 12,
 2010  
VACATED

 
 
 
 Bonnie
 Travaglio Hunt, of Hunt Law Firm, of North Charleston and Holly Palmer Beeson, of
 Baker, Ravenel & Bender, of Columbia, for Petitioner.
 James
 A. Stuckey, Jr., of Stuckey Law Offices, of Charleston, for Respondents.
 
 
 

PER
 CURIAM:  We granted certiorari to consider the Court of Appeals opinion in Pye v. Holmes,
 Op. No. 2008-UP-251 (S.C. Ct. App. filed May 7, 2008).  The Court of Appeals upheld
 the trial court's denial of Lee Pye's motion to transfer the case to the jury
 roster and found that she was not entitled to an immediate appeal from the
 denial.  We find that because Pye failed to immediately appeal the trial
 court's denial of her Motion to Transfer, she may not avail herself of
 appellate review.  See Creed v. Stokes, 285 S.C. 542, 331 S.E.2d
 351 (1985).  We therefore hold that the Court of Appeals erred in considering
 Pye's appeal and vacate the opinion of the Court of Appeals.  As Pye's Motion
 for Reconsideration is still pending below, we remand for proceedings
 consistent with this opinion.
VACATED.
TOAL, C.J.,
 PLEICONES, BEATTY, HEARN, JJ., and Acting Justice James E. Moore, concur.